**Order filed August 8, 2019**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-19-00172-CR & 11-19-00184-CR
_____

## TORONTO CLAYVERNON WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause Nos. A-18-1435-CR & A-18-1436-CR**

## O R D E R

Appellant, Toronto Clayvernon Williams, originally filed a notice of appeal in our Cause No. 11-19-00172-CR—ostensibly from a judgment of conviction in trial court cause no. A-18-1435-CR. The judgment of conviction was entered in trial court cause no. A-18-1436-CR, not A-18-1435-CR. The confusion regarding these appeals stems from the trial court's having entered an order consolidating the two cases into one cause number, trial court cause no. A-18-1435-CR, and later, after the

jury found Appellant guilty of only one of the two charges, entering a judgment of conviction in A-18-1436-CR. Appellant then filed a notice of appeal in trial court cause no. A-18-1436-CR, and this court docketed the second appeal as Cause No. 11-19-00184-CR. Because the judgment that Appellant attempts to appeal in our Cause No. 11-19-00172-CR was an acquittal, Appellant's attorney has submitted a motion to dismiss that appeal. However, counsel has been unable to locate Appellant to sign the motion as required by TEX. R. APP. P. 42.2(a).

In order to proceed in an efficient manner in these appeals, this court has concluded that the appeals should be consolidated. Accordingly, we hereby consolidate our Cause No. 11-19-00172-CR into our Cause No. 11-19-00184-CR for all purposes. All future correspondence and filings should bear our docket number 11-19-00184-CR.

PER CURIAM

August 8, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.